# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br>    Plaintiff, <br>   v. <br> SUNLUNE CORPORATION, <br>    Defendant. | Case No. 24-cv-00220-BLF <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) Judgment is entered for Plaintiff Synopsys, Inc. and against Defendant Sunlune Corporation for statutory damages under the Digital Millennium Copyright Act in the amount of $27,500,000; and

(2) Defendant Sunlune Corporation, its representatives, officers, agents, directors, affiliates, servants, employees, and all persons acting in concert or participation with it, including employees and independent contractors, ARE HEREBY PERMANENTLY ENJOINED from directly or indirectly accessing, using, transferring or copying, in any way, Synopsys software including but not limited to Synopsys' IC Compiler II, Fusion Compiler, HSPICE, and Prime Lib applications, without authorization from Synopsys.

Dated: November 15, 2024

_____
BETH LABSON FREEMAN
United States District Judge