WILLIAM R. BREES (FL 98886)
william@bayramoglu-legal.com
GOKALP BAYRAMOGLU (SBN 268222)
gokalp@bayramoglu-legal.com
MEHDI ZAMANPOUR (SBN 349497)
afshin@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Defendant00*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUNLUNE CORPORATION,<br><br>　　　　　Defendant. | Case No.: 5:24-cv-00220-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION OF BAYRAMOGLU LAW OFFICES LLC TO WITHDRAW AS COUNSEL OF RECORD FOR SUNLUNE CORPORATION** |

　　　　Defendant Sunlune Corporation filed a Motion for Leave to Withdraw Bayramoglu Law Offices, LLC as counsel of record for Defendant [Dkt. No. 72] (the "Motion"). After reviewing the Motion and the accompanying record, the Court GRANTS Defendant's Motion.

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　Bayramoglu Law Offices, LLC, Gokalp Bayramoglu, Mehdi Zamanpour, and William Brees be withdrawn as counsel of record for Defendant Sunlune Corporation;

　　　　2.　　The Clerk of Court shall remove Bayramoglu Law Offices, LLC Gokalp Bayramoglu, Mehdi Zamanpour, and William Brees from the ECF/NEF service list;

　　　　3.　　Sunlune Corporation is granted until _____, 2025, to obtain new counsel;

　　　　4.　　The Debtor Examination shall be reset for _____, 2025, at _____.

**IT IS SO ORDERED.**

DATED: _____        _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE