# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br>SUNLUNE CORPORATION,<br>　　　　　Defendant. | Case No. 24-cv-00220-BLF<br><br>**ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW**<br><br>[Re: ECF 72] |

Before the Court is a motion to withdraw as counsel of record filed by Bayramoglu Law Offices LLC ("Defense Counsel"), the law firm representing Defendant Sunlune Corporation ("Sunlune") in this case. *See* Mot., ECF 72. The motion is GRANTED for the reasons stated on the record at the hearing held on November 20, 2025.

"Counsel may not withdraw from an action until relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case." Civ. L.R. 11-5(a). Defense Counsel provided written notice to its client, Sunlune, via email well in advance of the hearing. *See* COS, ECF 74. Plaintiff Synopsys, Inc. ("Synopsys") received notice of the motion through the Court's Electronic Case Filing system. Sunlune did not file a response to the motion to withdraw or appear at the hearing. Synopsys filed an opposition and appeared at the hearing through counsel. *See* Synopsys Opp., ECF 79.

While Synopsys does not object to Defense Counsel's withdrawal from the case, Synopsys suggests that it may be appropriate to condition withdrawal on Defense Counsel's continued acceptance papers for Sunlune, to facilitate Synopsys's efforts to enforce the judgment. "When

1  withdrawal by an attorney from an action is not accompanied by simultaneous appearance of
2  substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to
3  the condition that papers may continue to be served on counsel for forwarding purposes, unless
4  and until the client appears by other counsel or pro se." Civ. L.R. 11-5(b).

5  After a colloquy with counsel at the hearing, the Court determined that it would not be
6  reasonable to require Defense Counsel to continue accepting service of papers on Sunlune's
7  behalf. The Court indicated that it would grant Defense Counsel's motion to withdraw based on
8  Defense Counsel's representation that it will provide Synopsys with the name, email address, and
9  physical address of an individual authorized to accept service of papers on behalf of Sunlune.
10 Neither Defense Counsel nor Synopsys objected to the Court's proposed approach.

11 Accordingly, for the reasons stated on the record at the hearing, Defense Counsel's motion
12 to withdraw from representation of Sunlune is GRANTED. Defense Counsel SHALL provide
13 Synopsys with the name, email address, and physical address of an individual authorized to accept
14 service of papers on behalf of Sunlune. Defense Counsel SHALL provide Synopsys with the
15 required information via email to Synopsys's counsel within seven (7) days of the date of this
16 order. If Defense Counsel fails to provide the required information, Synopsys may file a motion
17 to vacate the present order.

18 **IT IS SO ORDERED.**

20 Dated: November 20, 2025

_____
BETH LABSON FREEMAN
United States District Judge